THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 17, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN

In re

Craig Alan Kostenko,

        Debtor.

Chapter 13

Case No. 18–29790–svk

## ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

Upon consideration of the Debtor's Application to Pay Filing Fee in Installments, it is Ordered:

1. The entire balance of the filing fee, which the Court's records show is **$310.00**, must be paid on or before **November 16, 2018**.

2. The filing fee must be paid in full before the Debtor or Chapter 13 trustee makes any payments to an attorney or other professional.

3. Debtors who are represented by counsel should contact their attorney to arrange for payment of the filing fee to the Court. The Clerk does not accept personal checks from debtors.

4. The entire fee must be received by the Clerk, U.S. Bankruptcy Court by the deadline or this case will be dismissed without further hearing.

5. If this case is dismissed for failure to pay the filing fee, the Court will not grant a fee waiver or an installment fee application in any future case the Debtor may file. Filing fees for future cases will be due, in full, with the petition or no more than 14 days after the petition. Repeated filing and dismissal of cases for failure to pay the fee may result in the Court barring the Debtor from filing future bankruptcy cases.

#####